CAUSE No. PD-1363-14

EMMANUEL VON ALLEN EVANS     *     IN THE COURT OF
V.     *     CRIMINAL APPEALS
THE STATE OF TEXAS     *     OF TEXAS

## PRO SE MOTION FOR A REHEARING ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Comes now the appellant / petitioner in the above styled and numbered cause and respectfully moves this Honorable Court to grant a rehearing of appellant's petition for discretionary review. and in support thereof would show the court the following:

1. The style and number for the petition for discretionary review in the Court of Criminal Appeals of Texas is: Emmanuel Von Allen Evans V. The State of Texas, PDR No. PD-1363-14.

2. The appellant moves this Honorable Court in the name of justice to grant rehearing because the Court of Appeals has set a standard of violating the parameters of Article 38.072 which would allow prosecutors to continue violating this statute with impunity.

3. The appellant asserts that his substantial rights were violated under the standards set forth under Kotteakos V. United States, 66 S.Ct. 1239 (1946) and in conflict with the harm analysis Tex. R. App. Proc. 81 (h)(2). and or 44.2.

REJECTED PURSUANT TO RULE 79.2(C)
COURT OF CRIMINAL APPEALS

March 10, 2015

ABEL ACOSTA, CLERK

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 09 2015

Abel Acosta, Clerk

Wherefore, Premises Considered, the Appellant / Petitioner respectfully request that this Honorable Court grant a rehearing on appellant's petition for discretionary review.

Respectfully Submitted,

X _Emmanuel Van Allen Evans_

Emmanuel Von Allen Evans, Pro Se.

## Unsworn Declaration

I Emmanuel Von Allen Evans, TDCJ no. 1862965, being presently incarcerated at the Berry Telford Unit, TDCJ-ID, at Bowie County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on this 6th Day of March 2015.